IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**CORTEZ L. WOOTEN,**

**Defendant.**                                                                                           **No. 10-30088-DRH**

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's July 2, 2010 motion in limine (Doc.18). A response from Defendant Wooten is not necessary as the law applicable to the Government's request is clear. Based on the following, the Court **GRANTS** the Government's motion. The Government moves the Court to preclude Defendant from arguing Defendant's punishment to the jury. The Court **GRANTS** this request. ***See Shannon v. United States*, 512 U.S. 573, 579 (1994)("when a jury has no sentencing function, it should be admonished to 'reach its verdict without regard to what sentence might be imposed.'")**.

Accordingly, the Court **GRANTS** the Government's July 2, 2010 motion in limine (Doc. 18).

**IT IS SO ORDERED.**

Signed this 6th day of July, 2010.

/s/  *David R Herndon*
**Chief Judge**
**United States District Court**