IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**CORTEZ L. WOOTEN,**

Defendant.                                                                  No. **10-30088-DRH**

ORDER

**HERNDON, Chief Judge**:

      Today, the Court held a hearing in this case regarding a conflict with one of the Government's witnesses and Wooten's representation. During the hearing, the Court granted the Federal Public Defender's oral motion to withdraw as counsel in this case. Therefore, the Court **APPOINTS** Rodney Holmes, P.O. Box 771098 St. Louis, MO 63177-1098, to represent Wooten in this matter. As stated on the record, this matter is set for trial November 15, 2010. Further, Holmes shall inform the Court whether Defendant intends to pursue the motions in limine filed today (Docs. 63 & 64). **IT IS SO ORDERED.**

David R. Herndon
2010.11.12 15:56:29
-06'00'

**Chief Judge**
**United States District Court**