IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**CORTEZ L. WOOTEN,**

**Defendant.**                                          No. 10-30088-DRH

## ORDER

**HERNDON, Chief Judge**:

This matter comes before the Court for case management. The Court **VACATES** the portion of its previous Order appointing attorney Rob Elovitz as additional counsel for Wooten as the Court now finds no basis for this appointment.

**IT IS SO ORDERED.**

Signed this 2nd day of February, 2011.

David R. Herndon
2011.02.02
09:30:56 -06'00'

**Chief Judge**
**United States District Court**