IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**CORTEZ L. WOOTEN,**

**Defendant.**     No. 10-30088-DRH

<u>ORDER</u>

**HERNDON, Chief Judge**:

On September 13, 2012, the Seventh Circuit issued its Mandate affirming Wooten's conviction, vacating his sentence and remanding this matter for resentencing based on *Dorsey v. United States*, 132 S.Ct. 2321, 2335 (2012) (Doc. 129). The Seventh Circuit stated: "On remand he will face a statutory minimum of 10 years, 21 U.S.C. § 841(b)(1)(B) (2006 & Supp. IV 2011), and still will be subject to a guidelines range of 360 months to life as a career offender, *see* U.S.S.G. § 4B1.1(b)(1)." (Doc. 129, p.6).

In light of the resentencing, the Court **DIRECTS** the parties to brief the appropriate length of sentence pursuant to *Dorsey* on or before September 28, 2012. Further, the Court **SETS** this matter for resentencing on November 29, 2012 at 9:30 a.m. Defendant shall be present at this hearing. Thus, the Court **DIRECTS** the

United States' Attorney's office to prepare the appropriate paperwork to assure the defendant's appearance in this Court for the resentencing.

**IT IS SO ORDERED.**

Signed this 17th day of September, 2012.

Digitally signed by David R. Herndon
Date: 2012.09.17 11:08:19 -05'00'

**Chief Judge
United States District Court**